ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| AMERICAN PAPER CORP.<br><br>Parte Recurrente<br><br><br>V.<br><br><br>JUNTA REVISORA DE SUBASTAS DE LA ADMINISTRACIÓN DE SERVICIOS GENERALES<br><br>Parte Recurrida | TA2025RA00006 | Revisión Judicial procedente de la Junta Revisora de Subastas<br><br>Caso Núm.: JR-25-121<br><br>Sobre:<br><br>"Compra de Papel de Seguridad para Billete de la Lotería de Puerto Rico<br><br>Subasta Formal Núm.: 25-J-07232 |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Salgado Schwarz y el Juez Monge Gómez.

Salgado Schwarz, Carlos G., Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico a 7 de agosto de 2025.

Examinado el escrito intitulado *Aviso de Desistimiento* presentado por el Recurrente American Paper Corp., el Tribunal resuelve como sigue:

**Ha Lugar,** en su consecuencia, se dicta Sentencia de Desistimiento y se ordena el archivo de la presente Revisión Judicial.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones